LUCILE M. FERGUSON, Respondent, *v.* JOSEPH B. FERGUSON, Appellant.

Argued April 15, 1952; decided May 29, 1952.

*Jacob W. Friedman* and *Herman W. Bernstein* for appellant.
*Alexander U. Zinke* and *Charles W. Silver* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.